PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| RYAN INDERBITZEN,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:22-cv-00281-SKO<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>**(Doc. 13)** |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of 30 days to respond to Plaintiff's Motion for Summary Judgment in this case. In support of this request, the Commissioner respectfully states as follows:

1. The Commissioner's response to Plaintiff's Motion for Summary Judgment is due September 15, 2022. This is Defendant's first request for an extension of this deadline.

2. Counsel for the Commissioner is consulting with his client about the defensibility of this case. Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter. Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until October 15, 2022, respond to Plaintiff's Motion for Summary Judgment.

Date: *September 13, 2022*            LAW OFFICES OF FRANCISCO BENAVIDES

                                      By:    */s/ Caspar Chan for Francisco Benavides\**
                                      FRANCISCO BENAVIDES
                                      *\*Authorized by email on September 13, 2022*
                                      Attorneys for Plaintiff

Date: *September 13, 2022*            PHILIP A. TALBERT
                                      United States Attorney
                                      Eastern District of California

                                      By:    */s/ Caspar Chan*
                                      CASPAR CHAN
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant

## ORDER

Pursuant to the foregoing stipulation (Doc. 13), and for good cause shown,

IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including October 15, 2022, to file the response to Plaintiff's opening brief.  All other dates in the Scheduling Order (Doc. 8) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **September 13, 2022**                    /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE