PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN
Special Assistant United States Attorney
   Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, CA  94105
   Telephone: 510-970-4810
   Facsimile: 415-744-0134
   Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| RYAN INDERBITZEN,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:22-cv-00281-SKO<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND**<br><br>(Doc. 15) |

1
2
3
4
5
6
7
8

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

9   Date: _September 26, 2022_                    LAW OFFICES OF FRANCISCO BENAVIDES

10
11                                                By:    _/s/ Caspar Chan for Francisco Benavides*_
                                                  FRANCISCO BENAVIDES
12                                                *_Authorized by email on September 26, 2022_
                                                  Attorneys for Plaintiff

13  Date: _September 26, 2022_                    PHILIP A. TALBERT
14                                                United States Attorney
                                                  Eastern District of California
15
16                                                By:    _/s/ Caspar Chan_
                                                  CASPAR CHAN
17                                                Special Assistant United States Attorney
                                                  Attorneys for Defendant
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Based upon the parties' above stipulation ("Stipulation to Remand") (Doc. 15), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Ryan Inderbitzen and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:   **September 26, 2022**                    /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE